IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CR. NO.: 17-10062-STA |
| CAMERON MARTIN, | * | |
| Defendant. | * | |

## ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **Sentencing Hearing** is hereby re-set to Friday, January 12, 2018 at 10:30am.

IT IS SO ORDERED.

DATE: November 2, 2017.

                                                            <u>s/S. Thomas Anderson</u>
                                                            HONORABLE S. THOMAS ANDERSON
                                                            CHIEF UNITED STATES DISTRICT JUDGE